**Order entered September 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00207-CV

### REGINA WREN, Appellant

### V.

### MIDWESTERN STATE UNIVERSITY, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05447**

## ORDER

On August 23, 2022, a clerk's record correcting errors in the original record

was filed.  Accordingly, we **STRIKE** the original record filed May 9, 2022.

/s/    CRAIG SMITH
       JUSTICE